## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Sally Pemberton | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18cv2818 PJS/HB |
| Scott P. Anderson, Ann B. Gugino, Mark S. Walchirk, John D. Buck, Alex N. Blanco, Jody H. Feragen, Sarena S. Lin, Ellen A Rudnick, Neal A. Schrimsher, Les C. Vinney, James W. Wiltz, Paul Guggenheim, David Misiak, Tim Rogan, | |
| Defendant(s). | |
| And, | |
| Patterson Companies, Inc.   Nominal Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss [ECF No. 19] is GRANTED.

2. Plaintiff's complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

Date: 9/11/2019                                                                 KATE M. FOGARTY, CLERK

                                                                                              s/M. Giorgini
                                                                                   (By)  M. Giorgini, Deputy Clerk